**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RAFAEL CINTRON,

                Plaintiff,

      -against-                          18 **CIVIL** 1619 (RA)

                                              <u>**JUDGMENT**</u>

ERIC WESHNER,

                Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated May 4, 2021, Defendant's motion to dismiss

Plaintiff's Amended Complaint is granted; accordingly, this case is closed.

**Dated:** New York, New York

     May 5, 2021

                                      **RUBY J. KRAJICK**
                                _____
                                      **Clerk of Court**

**BY:**                                      **Deputy Clerk**